IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Snieg, Ann H

Printed: 12/02/08

Case Number: 08 B 20521
Judge: Hollis, Pamela S
Filed: 8/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Asset Acceptance | Secured | 0.00 | 0.00 |
| 2. | Asset Acceptance | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 75,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 728.24 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 564.88 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 9,236.31 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 27,652.51 | 0.00 |
| 10. | GMAC Mortgage Corporation | Unsecured | 1,841.69 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 774.04 | 0.00 |
| 12. | Capital One | Unsecured | 629.28 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 3,925.75 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 420.96 | 0.00 |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago | Unsecured |  | No Claim Filed |
| 18. | Gental | Unsecured |  | No Claim Filed |
| 19. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 20. | DAG Financial Trust | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Lescher Mary MD | Unsecured |  | No Claim Filed |
| 23. | Lane Bryant | Unsecured |  | No Claim Filed |
| 24. | Midwest Bank & Trust | Unsecured |  | No Claim Filed |
| 25. | Harold Schmulenson DDS | Unsecured |  | No Claim Filed |
| 26. | Puro Filter Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Snieg, Ann H | | Case Number: 08 B 20521 |
| | | | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | | Filed: 8/6/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Providian | Unsecured | | No Claim Filed |
| 28. Verizon Wireless/Great Lakes | Unsecured | | No Claim Filed |
| | | $ 120,773.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

